IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARIA JACQUELINE DICENT,

   Plaintiff,

v.         3:17-CV-00332
          (JUDGE MARIANI)
SEARS HOLDINGS, et al.,

   Defendants.

FILED
SCRANTON

MAR 17 2017

PER _____
   DEPUTY CLERK

### ORDER

AND NOW, THIS 17th DAY OF MARCH, 2016, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 3) for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 3) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge